IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IDELL JACKSON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 07-0775-WS-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion to dismiss plaintiff's complaint (Doc. 6) be and the same hereby is **GRANTED**. This Court lacks subject-matter jurisdiction in this case because plaintiff failed to timely file her complaint in this Court within sixty (60) days of her receipt of the Appeals Council's notice of action.

**DONE** and **ORDERED** this 1st day of April, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE